10 A.3d 900

COMMONWEALTH of Pennsylvania, Respondent

v.

James WOODRUFF, Petitioner.

No. 122 EM 2010.

Supreme Court of Pennsylvania.

Dec. 22, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 22nd day of December, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Mandamus and/or Extraordinary Relief is **DENIED.**